AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Kenya Mcchell Chapman<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:26-mj- 74<br>)<br>)<br>)<br>) |

FILED
MAR 13 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __See below__ in the county of __See below__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(a)(6) & 924(a)(2) | False statement during purchase of a firearm (April 22, 2021, in the City of Hampton) |
| 18 U.S.C. §§ 922(a)(6) & 924(a)(2) | False statement during purchase of a firearm (June 6, 2021, in the City of Hampton) |
| 18 U.S.C. §§ 922(a)(6) & 924(a)(2) | False statement during purchase of a firearm (August 16, 2021, in the City of Yorktown) |
| 18 U.S.C. § 922(a)(1)(A) | Engaging in the business of dealing in firearms without a license (March 2026 in the County of Isle of Wight) |

This criminal complaint is based on these facts:
See affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
/s/ E. Rebecca Gantt & Luke Bresnahan

*Complainant's signature*

Brian J. Gleason, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/13/2026

*Judge's signature*

City and state: Norfolk, Virginia

Douglas E. Miller
*Printed name and title*