**INITIAL APPEARANCE MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 2:30 p.m. | Date: | 3/13/2026 |
| Start Time: | 2:35 p.m. | Presiding Judge: | Douglas E. Miller, USMJ |
| End Time: | 2:40 p.m. | Courtroom Deputy: | Dodge, C |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | Rebecca Gantt |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |

Case Number: 2:26mj74
USA v. Kenya Mcchell Chapman

- (x) Deft. Present (x) custody ( ) not in custody
- (x) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (x) Criminal Complaint
- ( ) Defendant consented to video proceedings. Order entered and filed
- (x) Deft. advised of rights, charges and right to counsel
- (x) Counsel desired ( ) Defendant to retain: _____
- (x) Oral admonition as required by DPPA given to the prosecutor
- ( ) Defendant's motion to substitute counsel
- ( ) Order to substitute counsel executed and filed in open court
- (x) Financial Affidavit filed in open Court
- (x) Court (x) Directed ( ) Denied appointment of counsel    ( ) FPD Conflict
- (x) Michael Tagliabue_____ AFPD present. FPD appointed in open court
- ( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
- ( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
- ( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
- ( ) Waiver of Detention Hearing (In this District only)
- ( ) Commitment to Another District entered and filed in open court
- (x) (x) Preliminary ( ) Removal Hearing set for 3/17/26 at 2:30 pm before LRL U.S. Magistrate Judge in Mag. Two_____.
- ( ) Preliminary Hearing          ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
- ( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
- (x) Government motion for Detention ( ) Government not seeking detention
- ( ) Government motion to withdraw motion for detention and set bond ( ) Granted    ( ) Denied
- (x) Detention Hearing scheduled for 3/17/26_____ at 2:30 pm_____ before LRL_____.
- ( ) Detention Hearing ( ) Held ( ) Waived in _____.
- (x) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
- ( ) Bond set at $ _____
- ( ) Special Conditions of Release: **(See Page 2)**
- (x) Deft. remanded to custody of U. S. Marshal
- ( ) Warrant returned executed and filed in open court
- ( ) Defendant is directed to appear on _____ at _____ for
  - ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
  - ( ) Norfolk ( ) Newport News
- ( ) _____
- ( ) _____