CR96C℠ AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

### EASTERN District of VIRGINIA

FILED
IN OPEN COURT

MAR 1 3 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT

V.

Kenya Michell Chapman

*Defendant*

Case No. 2:26 mj 74

Upon motion of the _____United States_____

detention hearing is set for ___3/17/26___ * at ___2:30 pm___
                                Date                      Time

before _____United States Magistrate Judge_____
                    *Name of Judicial Officer*

_____Norfolk, Virginia_____
          *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

_____
*Other Custodial Official*

Date: ___3/13/26___          _____
                                                    *Judge*

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.